# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| **In re: Motion to Compel Compliance with Subpoena Directed to Non-Party Circinus, LLC**<br><br>BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br>         Plaintiffs,<br><br>  v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br>         Defendants. | Misc. Action No.: _____<br><br>Underlying Litigation:<br><br>United States District Court<br>for the District of Columbia<br>Civil Action No.: 19-cv-00150-DLF |

## NICOLAS D. MUZIN, STONINGTON STRATEGIES, LLC, AND GREGORY HOWARD'S MOTION TO COMPEL SUBPOENA RESPONSES

Movants Nicolas D. Muzin, Stonington Strategies LLC, and Gregory Howard (collectively, "Movants"), by counsel and pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), hereby move this Court for an order compelling non-party Circinus, LLC ("Circinus") to comply with two subpoenas *duces tecum* ("Subpoenas") served by Movants in this jurisdiction, in connection with an action pending in the United States District Court for the District of Columbia. *Broidy Capital Mgmt., LLC v. Muzin*, 19-cv-00150-DLF (D.D.C.). Movants also respectfully ask this Court to strike or deem waived all of Circinus's boilerplate and, with regard to one Subpoena, untimely objections.

Despite good-faith efforts to resolve this dispute without the Court's intervention, Circinus has failed to comply with either Subpoena. For the reasons stated herein, and as explained more fully in the attached Memorandum in Support, Movants thus respectfully request that this Court compel Circinus to fully and promptly comply with each request in the Subpoenas.

Dated: February 11, 2022                    Respectfully Submitted,

                                            /s/ Stephen J. Obermeier
Jeffrey A. Udell (*pro hac vice* forthcoming)   Stephen J. Obermeier (VSB No. 89849)
Adam P. Cohen (*pro hac vice* forthcoming)      sobermeier@wiley.law
Jacob Gardener (*pro hac vice* forthcoming)     Rebecca Saitta (VSB No. 65408)
WALDEN MACHT & HARAN LLP                        rsaitta@wiley.law
250 Vesey Street, 27th Floor                    Krystal B. Swendsboe (VSB No. 89614)
New York, NY 10281                              kswendsboe@wiley.law
Phone: (212) 335-2030                           WILEY REIN LLP
judell@wmhlaw.com                               2050 M Street NW
acohen@wmhlaw.com                               Washington, DC 20036
jgardener@wmhlaw.com                            Phone: (202) 719-7000
                                                Facsimile: (202) 719-7049

*Counsel for Movant Gregory Howard*             *Attorneys for Movants Stonington Strategies LLC and Nicolas D. Muzin*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, the foregoing Motion, Memorandum in Support, and accompanying exhibits were filed with the Court's CM/ECF system and were served, via electronic mail, upon the below individuals.

Henry B. Brownstein
KASOWITZ BENSON TORRES LLP
1399 New York Ave. NW, Suite 201
Washington, DC 20005
hbrownstein@kasowitz.com

Andrew R. Kurland
Daniel R. Benson
Jacob I. Benson
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
akurland@kasowitz.com
dbenson@kasowitz.com
jbenson@kasowitz.com

*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy and for Non-Party Circinus, LLC*

David M. Zionts
Alexander A. Berengaut
Megan O'Neill
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
dziontz@cov.com
aberengaut@cov.com
moneill@cov.com

*Counsel for Interested Non-Party State of Qatar*

Randall Adam Brater
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006
Randall.brater@arentfox.com

Eric Roman
Mohammed T. Farooqui
Nicholas Collins
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Eric.roman@arentfox.com
mohammed.farooqui@arentfox.com
Nicholas.collins@arentfox.com

*Counsel for Defendant Joseph Allaham*

/s/ Stephen J. Obermeier
Stephen J. Obermeier
*Attorney for Movants Stonington Strategies LLC and Nicolas D. Muzin*