# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **In re: Motion to Compel Compliance with Subpoena Directed to Non-Party Circinus, LLC** | |
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY, <br> Plaintiffs, <br> v. <br> NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC, <br> Defendants. | Misc. Action No.: _____ <br><br> Underlying Litigation: <br> United States District Court <br> for the District of Columbia <br> Civil Action No.: 19-cv-00150-DLF |

## [PROPOSED] ORDER

Upon consideration of Movants Nicolas D. Muzin, Stonington Strategies LLC, and Gregory Howard's Motion to Compel ("Motion to Compel") subpoena responses from Circinus, LLC, as well as the papers filed in support and opposition thereto and any argument, it is hereby

**ORDERED** that the Motion to Compel is **GRANTED**;

It is further **ORDERED** that all of Circinus's objections to the subpoena served by Nicolas D. Muzin and Stonington Strategies LLC (collectively "Stonington") are hereby waived for failure to serve such objections within "14 days after the subpoena [was] served," Fed. R. Civ. P. 45(d)(2)(B);

It is further **ORDERED** that Circinus's boilerplate objections to the following requests are stricken and such objections are hereby waived for lack of specificity: Stonington Subpoena Request Nos. 1–36; Howard Subpoena Request Nos. 1–34;

It is further **ORDERED** that Circinus shall provide full and complete responses to Stonington Subpoena Request Nos. 1–36; Howard Subpoena Request Nos. 1–34;

It is further **ORDERED** that Circinus shall comply with this Order and provide the responses ordered above within eleven (11) days of this Order.

Dated: _____

United States District Court