# EXHIBIT B

| | |
|---|---|
| **From:** | Andrew R. Kurland <AKurland@kasowitz.com> |
| **Sent:** | Friday, January 7, 2022 3:20 PM |
| **To:** | Swendsboe, Krystal; Obermeier, Stephen; Lane, William |
| **Cc:** | Broidy Team |
| **Subject:** | RE: Broidy Capital Management v. Muzin - Rule 45 Subpoenas |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**External Email**

Counsel,

   We request a brief extension of time – until Friday January 14 – to respond to the Stonington Defendants' subpoenas to Joel Mowbray, Robin Rosenzweig, and Circinus Worldwide.  Please confirm this is acceptable, and thank you in advance for your professional courtesy.

- Andrew


Andrew R. Kurland
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-3306
Fax. (212) 835-5254
AKurland@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Swendsboe, Krystal [mailto:KSwendsboe@wiley.law]
**Sent:** Tuesday, December 21, 2021 12:58 PM
**To:** Henry Brownstein <HBrownstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; Jacob Benson <JBenson@kasowitz.com>; Andrew R. Kurland <AKurland@kasowitz.com>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Lane, William <WLane@wiley.law>; Brater, Randall <Randall.Brater@arentfox.com>; Roman, Eric <Eric.Roman@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; Collins, Nicholas L. <Nicholas.Collins@arentfox.com>; Jeffrey Udell <judell@wmhlaw.com>; Jake Gardener <jgardener@wmhlaw.com>; Adam Cohen <acohen@wmhlaw.com>
**Subject:** Broidy Capital Management v. Muzin - Rule 45 Subpoenas


**ALERT: THIS IS AN EXTERNAL EMAIL**. Do not click on any link, enter a password, or open an attachment unless you know that the message came from a safe email address. Any uncertainty or suspicion should be immediately reported to the Helpdesk.

Counsel,

Please find notice and copies of subpoenas issued to Joel Mowbray, Robin Rosenzweig, and Circinus Worldwide by the Stonington Defendants.

We understand from Plaintiffs' Rule 26(a)(1) disclosures that your firm represents Ms. Rosenzweig and Mr. Mowbray. Please advise whether you will accept service of the subpoenas on their behalf. To the extent we do not receive an answer by 12:00pm EST tomorrow (Wednesday, December 22, 2021), we will commence with personal service. Thank you.

Best,
Krystal



Krystal B. Swendsboe
Attorney at Law
kswendsboe@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.4197
Download V-Card | wiley.law

Please update your records to reflect our new office address.


NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law